**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**ALPHONSO WARD**                                                               **PETITIONER**

**v.**                                                          **No. 4:21-CV-00045-DMB-DAS**

**SUPERINTENDANT ANDREW MILLS**                                    **RESPONDENT(S)**


**ORDER GRANTING PETITIONER'S MOTION**
**TO PROCEED *IN FORMA PAUPERIS* AND**
**DIRECTING STATE TO RESPOND**

Alphonso Ward has filed a petition for a writ of *habeas corpus* under 28 U.S.C. § 2254 and

seeks to proceed *in forma pauperis*.   It is **ORDERED**:

1.   That the petitioner's application for leave to proceed *in forma pauperis* is **GRANTED**.

2.   No later than June 22, 2021, the respondent, through Lynn Fitch, the Attorney General of

the State of Mississippi, must file an answer to this petition, along with full transcripts of all

proceedings in the state courts of Mississippi arising from the charge of fondling against petitioner in

the Circuit Court of Alcorn County, Mississippi (to the extent such transcripts are relevant to the

State's response).

3.   Within 14 days of service upon him of a copy of respondent's answer, petitioner may file

his traverse or reply to the allegations contained in such answer.

4.   The clerk of this court will serve by email (Return Receipt, High Importance) a copy of

the petition, this order, acknowledgment of service of process form, and any other initial filings, upon

Lynn Fitch, Attorney General of the State of Mississippi, or her lawful successor, to Assistant

Attorneys General Jerrolyn Owens and Bridgette Grant.   The respondent must electronically file the

completed acknowledgment of service of process form upon receipt.

Petitioner is warned that failure to keep this court informed of his current address could also lead to dismissal of his lawsuit.

**SO ORDERED**, this, the 8th day of April, 2021.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE