IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ALPHONSO WARD**                                                        **PETITIONER**

**V.**                                                              **NO. 4:21-CV-45-DMB-DAS**

**SUPERINTENDENT ANDREW MILLS**                                    **RESPONDENT**

## FINAL JUDGMENT

In accordance with the "Opinion and Order" entered this day, Alphonso Ward's petition for a writ of habeas corpus [1] is **DENIED with prejudice**. A certificate of appealability is **DENIED**.

**SO ORDERED**, this 2nd day of June, 2022.

                                                       **/s/Debra M. Brown**
                                                       **UNITED STATES DISTRICT JUDGE**